UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FERDINAND PAUL AUTERY (#313537)                    CIVIL ACTION

VERSUS

WARDEN BURL CAIN, ET AL.                            15-375-SDD-RLB

ORDER

This matter comes before the Court on the Plaintiff's *Motion for Relief Under Rule 60(b)*.[1] For the reasons which follow, this Motion shall be denied.

Pursuant to an *Order*[2] dated November 9, 2015, the Plaintiff's request for a temporary restraining order and preliminary injunction were denied. On or about December 2, 2015, the Plaintiff filed his *Motion for Relief Under Rule 60(b)* and requests, therein, that the Court set aside the denial of his requested injunctive relief pursuant to Rule 60(b)(6).

Rule 60(b)(6) allows a Court to vacate a judgment for "any other reason that justifies such relief" and provides a residual clause meant to cover unforeseen contingencies and to accomplish justice in exceptional circumstances.[3] The relief afforded by Rule 60(b)(6) is meant to be extraordinary relief, and it requires that the moving party make a showing of extraordinary circumstances justifying such relief.[4] In the instant motion, the Plaintiff has made no showing of unusual or unique circumstances to support the application of Rule 60(b)(6). Having reviewed the Plaintiff's motion and the

---

[1] Rec. Doc. 16.
[2] Rec. Doc. 15.
[3] *Steverson v. GlobalSantaFe Corp.*, 508 F.3d 300, 303 (5th Cir. 2007).
[4] *Hess v. Cockrell*, 281 F.3d 212, 216, (5th Cir. 2002).

record, the Court finds that the Plaintiff has merely reiterated the arguments he made in his original request for injunctive relief and has not offered any reason sufficient to justify the relief requested under Rule 60(b)(6).  Additionally, the Court finds that Plaintiff has not asserted any new facts that make his success on the merits any more likely.[5]  Accordingly,

**IT IS ORDERED** that the Plaintiff's *Motion for Relief Under Rule 60(b)*[6] is hereby DENIED

Baton Rouge, Louisiana the 11 day of February, 2016.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[5] The Plaintiff advised in his *Motion for Relief Under Rule 60(b)* that a Memorandum in Support and unspecified exhibits would be forthcoming on December 7, 2015.  On December 15, 2015, the Plaintiff advised the Court that he was unable to meet his self-imposed deadline, but that the Memorandum and exhibits would be provided as quickly as possible.  *See* R. Doc. 17.  As of today's date, the Plaintiff has not provided the Court with the referenced Memorandum or exhibits.
[6] Rec. Doc. 16.