UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FERDINAND PAUL AUTERY (#313537)

VERSUS

WARDEN BURL CAIN, ET AL.

CIVIL ACTION

15-375-SDD-RLB

### RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 3, 2016. Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Defendants' *Motion to Dismiss*[4] is granted and Plaintiff's claims against Defendants, former Warden Burl Cain and Assistant Warden Stephanie LeMartiniere, are dismissed with prejudice for failure to state a claim upon which relief may be granted.

Baton Rouge, Louisiana the 7 day of June, 2016.

*[signature]*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 37.
[3] Rec. Doc. 40.
[4] Rec. Doc. 20.