# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

FERDINAND PAUL AUTERY (#313537)               CIVIL ACTION

VERSUS

WARDEN BURL CAIN, ET AL.                       15-375-SDD-RLB

## ORDER

This matter comes before the Court on the Plaintiff's *Motion to Reconsider,*[1] which the Court interprets to be a *Motion for Relief from Judgment* brought pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.[2] This Motion shall be denied.

Pursuant to a *Ruling*[3] dated June 7, 2016, the Plaintiff's claims against Defendants Cain and LeMartiniere were dismissed pursuant to a *Motion to Dismiss*. The Plaintiff asserts that unusual or unique circumstances exist such that he should be allowed to now amend his *Complaint*.

Rule 60(b) provides that relief from a judgment or order may be had for (1) mistake, inadvertence, surprise, or excusable neglect, (2) newly discovered evidence, (3) fraud, misrepresentation or misconduct by an opposing party, (4) a void judgment, (5) a judgment that has already been satisfied, is no longer equitable, or has effectively been overturned, or (6) any other reason that justifies such relief. The Plaintiff is seeking relief under the catch-all provision of Rule 60(b)(6). This provision allows a Court to vacate a

---

[1] Rec. Doc. 47.

[2] The Plaintiff alternatively seeks relief pursuant to Federal Rule of Civil Procedure 59; however, his Rule 59 motion is untimely, having been filed more than 28 days after the Court's *Ruling* of June 7, 2016.

[3] Rec. Doc. 43.

judgment for "any other reason that justifies such relief" and provides a residual clause meant to cover unforeseen contingencies and to accomplish justice in exceptional circumstances.[4]  The relief afforded by Rule 60(b)(6) is meant to be extraordinary relief, and it requires that the moving party make a showing of extraordinary circumstances justifying such relief.[5]

In the instant motion, the Plaintiff has made no showing of unusual or unique circumstances to support the application of Rule 60(b)(6).  Rather, the Plaintiff asserts that the conclusions of the Magistrate Judge were clearly wrong.  This argument has already been considered and rejected by the Court in reviewing the Plaintiff's *Objections*[6] to the Magistrate Judge's *Report and Recommendations*.[7]  Furthermore, the Court has reviewed the Plaintiff's proposed amended complaint, and notes that amendment of the *Complaint* would be futile.  The proposed amendments merely add additional detail to the Plaintiff's disagreement with his medical care, and do not state a claim for deliberate indifference to the Plaintiff's serious medical needs.  As such, the Plaintiff has not shown that he is entitled to relief.  Accordingly,

**IT IS HEREBY ORDERED** that the Plaintiff's *Motion for Relief from Judgment*[8] be **DENIED.**

Baton Rouge, Louisiana the 30 day of August, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[4] *Steverson v. GlobalSantaFe Corp.*, 508 F.3d 300, 303 (5th Cir. 2007).
[5] *Hess v. Cockrell*, 281 F.3d 212, 216, (5th Cir. 2002).
[6] Rec. Doc. 40.
[7] Rec. Doc. 37.
[8] Rec. Doc. 47.