## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

FERDINAND PAUL AUTERY (#313537)

CIVIL ACTION

VERSUS

15-375-SDD-RLB

WARDEN BURL CAIN, ET AL.

### RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 30, 2016.  Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Defendants' *Motion to Dismiss*[4] shall be GRANTED and this matter shall be dismissed. *Judgment* will be entered accordingly.

Baton Rouge, Louisiana the 31 day of October, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 51.
[3] Rec. Doc. 55.
[4] Rec. Doc. 36.